UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLIONOIS

| | |
|---|---|
| ANTHONY MARTINO,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. AND CRAWFORD & COMPANY,<br><br>        Defendants. | NO. _____ |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441(a) or 1332

PLEASE TAKE NOTICE that Defendants United Parcel Service, Inc. ("UPS") and Crawford & Company ("Crawford") hereby remove to this Court the state court action described below.

1. On July 30, 2018, plaintiff Anthony Martino commenced an action in the Circuit Court of Cook County, Third Municipal District, Civil Division, Illinois, Case No. 20183005922. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendants in the action, are attached to this notice collectively as **Exhibit 1**.

2. Defendants were served with the summons and complaint in this action no earlier than August 3, 2018. This notice is therefore timely under 28 U.S.C. § 1446(b)(1).

3. The Complaint asserts purported claims for relief against UPS under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, and violation of the Illinois Consumer Fraud and Deceptive Practices Act. As against Crawford, the Complaint asserts purported claims for relief for violation of the Illinois Consumer Fraud and Deceptive Practices

Act and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c).  The Complaint seeks damages totaling $95,000, exclusive of costs.

4. According to the Complaint, in February 2018, Plaintiff shipped a package containing a 110 pound sink to Alabama using UPS Ground service.  Compl. ¶ 2.  Plaintiff alleges the sink was valued at $679.99.  *Id.* ¶ 3.  According to the Complaint, the sink was damaged in transit.  *Id.* ¶¶ 10-11.  Plaintiff alleges that he filed a claim using UPS's internal claims process, which was denied by Crawford (alleged to be a third party claims investigator and adjuster) on the ground that the sink was not properly packaged.  *Id.* ¶¶ 12-13, 15.  The Complaint further challenges certain charges associated with transporting the package at issue.  *Id.* ¶ 19.

5. This Court has original, federal question jurisdiction over this action under 28 U.S.C. § 1331 and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.* ("RICO"), and, in the alternative, diversity jurisdiction under 28 U.S.C. § 1332.

6. First, this Court has original jurisdiction based on RICO and removal is proper under 28 U.S.C. § 1441(b).  This Court has supplemental jurisdiction over all other claims asserted by Plaintiff under 28 U.S.C. § 1367.

7. Second, and in the alternative, removal is proper on the ground of diversity of citizenship.  A district court has original jurisdiction based on diversity when (1) the amount in controversy exceeds $75,000, exclusive of interest and costs, and (2) each plaintiff's citizenship is diverse from each defendant's citizenship.  28 U.S.C. § 1332(a).  Both requirements are met here.  As noted above, Plaintiff seeks to recover $95,000, exclusive of costs, satisfying the amount in controversy requirement.  Plaintiff alleges he is a citizen of Illinois.  UPS and Crawford are not citizens of Illinois.  UPS is incorporated in the State of Ohio with its principal

- 3 -

place of business in Georgia. Crawford is incorporated in and maintains its principal place of business in the State of Georgia.

8. Counsel for Defendants certifies that a copy of this Notice of Removal is being filed with the Circuit Court of Cook County, Third Municipal District, Civil Division.

WHEREFORE, Defendants gives notice that the above-described action pending against them in the Circuit Court of Cook County, Third Municipal District, Civil Division, State of Illinois, is removed to this Court.

Dated: August 31, 2018　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ John C. Ellis
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants


John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison St., Suite 1940
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading has been sent by mail on this 31st day of August, 2018, to:

Anthony Martino
580 Vernon Lane
Buffalo Grove, IL  60089

Dated:  August 31, 2018                               Respectfully Submitted,

                                                         By: /s/ John C. Ellis
                                                              Attorney for Defendants

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison St., Suite 1940
Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com