

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

October 16, 2018

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Martino v. Crawford and Company et al
USDC No:  18cv6003

Circuit Court No:  2018 M3 5922

Dear Clerk:

A certified copy of an order entered on 10/10/2018 by the Honorable  Matthew F. Kennelly,  remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:      /s/  J. Hollimon
        Deputy Clerk